UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

PATRICK LANDERS,

                                           Plaintiff,

-against-

POLICE OFFICER KEON FRANKS, LIEUTENANT
ASHRAF AHMED,

                                       Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

16cv5176 (PKC) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.       The above-referenced action is hereby dismissed with prejudice; and

    **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: Brooklyn, New York
_January 17_, 2020

GEOFFREY S. STEWART
*Attorney for Plaintiff*
139 Fulton Street, Suite 508
New York, New York 10038
(212) 625-9696

By: _____
       Geoffrey S. Stewart
       *Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
    City of New York
*Attorney for Defendants Franks and Ahmed*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
       Kathleen D. Reilly
       *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020

2